No. 680. CORN PRODUCTS REFINING CO. ET AL. *v.* FEDERAL TRADE COMMISSION. December 18, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. George deForest Lord* and *Frank H. Hall* for petitioners. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. Charles H. Weston* and *W. T. Kelley* for respondent.

No. 462. J. F. FITZGERALD CONSTRUCTION CO. *v.* PEDERSEN. See *post,* p. 807.

No. 688. BORDEN COMPANY *v.* BORELLA ET AL. January 2, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. John A. Kelly* and *Henry Kirk Greer* for petitioner. *Messrs. A. H. Frisch* and *George W. Newgass* for respondents.

No. 666. UNITED BROTHERHOOD OF CARPENTERS & JOINERS *v.* UNITED STATES;

No. 667. BAY COUNTIES DISTRICT COUNCIL OF CARPENTERS ET AL. *v.* UNITED STATES;

No. 668. LUMBER PRODUCTS ASSOCIATION, INC. ET AL. *v.* UNITED STATES;

No. 674. ALAMEDA COUNTY BUILDING & CONSTRUCTION TRADES COUNCIL *v.* UNITED STATES; and

No. 675. BOORMAN LUMBER CO. ET AL. *v.* UNITED STATES. January 2, 1945. Petitions for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Messrs. Joseph O. Carson* and *Charles H. Tuttle* for petitioner in No. 666. *Messrs. Joseph O. Carson, II,* and *Harry N. Routzohn* for petitioners in No. 667. *Mr.*